**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 96-cr-00418-ZLW-21

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MCCORNIE CLARK,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On August 10, 2006, the probation officer submitted a petition for early termination of supervision in this case.  On August 17, 2006, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on August 17, 2006, and the United States has not objected to the proposed relief.
Accordingly, it is:

        ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this   12   day of September, 2006.

        BY THE COURT:

        *Zita L. Weinshienk*
        _____
        Zita L. Weinshienk
        Senior United States District Judge